# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

JAMES EDWARD CLAYTON,  )
                       )
         Petitioner,   )
                       )
v.                     )  Case No. CIV 06-014-FHS-KEW
                       )
RON WARD,              )
                       )
         Respondent.   )

## OPINION AND ORDER

Petitioner has filed a motion for pretrial conference and order [Docket #117], requesting the court to conduct a pretrial conference and enter an order concerning witnesses and exhibits that will be presented at the evidentiary hearing scheduled for February 23, 2010. The court finds a pretrial conference and order are not necessary for the evidentiary hearing, so the motion is DENIED. The parties, however, are directed to exchange witness lists, exhibit lists, and copies of exhibits by February 3, 2010. The parties also are directed to confer and to stipulate to the admissibility of exhibits to be presented, where possible.

**IT IS SO ORDERED** this 27th day of January 2010.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE