# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

JAMES CLAYTON,                )
                              )
            Petitioner,       )
                              )
        v.                    )    No. CIV-06-14-FHS-KEW
                              )
JUSTIN JONES, DOC Director,   )
                              )
            Respondent.       )

## ORDER

On November 3, 2010, the United States Magistrate Judge for this District filed Findings and Recommendations in this case recommending the court hold this action in abeyance for 120 days while Petitioner be allowed to withdraw his guilty plea to Count 1 in Muskogee County District Court Case CRF-1982-579. On November 17, 2010, the Respondent filed an objection to the Findings and Recommendations (Doc. #155). On November 17, 2010, the Petitioner filed a Conditional Objection to the Magistrate's Report and Recommendation (Doc. 156).

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be affirmed and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 29th day of November, 2010.

Frank H. Seay
United States District Judge